UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ronald William Fitzcharles,

    Plaintiff,

v.

Federal Government
(Homeland Security),

    Defendant.

Case No. 2:17-cv-638

Judge Michael H. Watson

## ORDER

Magistrate Judge Jolson, to whom this case is referred, issued a report and recommendation ("R&R") recommending the Court dismiss this case for failure to prosecute because Plaintiff has neither paid the filing fee nor moved for leave to proceed *in forma pauperis*. R&R, ECF No. 3. The R&R notified the parties of their right to file objections to the same and specifically warned that a failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the Undersigned's decision adopting the R&R. *Id.* The time for filing objections has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES** this case for failure to prosecute.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT